SECRET

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

2025 FEB 12 P 3:45

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEN YIU | No. 1:25-cr-00022-SDN |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: February 12, 2025

/s/ Andrew K. Lizotte
Assistant U.S. Attorney